\*\*E-Filed 11/30/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AGNES BLACKWELL, | Case Number 5:10-4917 JF (PVT) |
| Plaintiff, | ORDER[1] DENYING MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | Re: Docket No. 2 |
| Defendant. | |

    Plaintiff Agnes Blackwell, proceeding *pro se*, seeks a preliminary injunction to prevent Defendant Wells Fargo Home Mortgage, Inc. from foreclosing upon and selling her real property located at 1464 Kelly Court San Jose, California 95116. Plaintiff filed the instant motion and an *ex parte* application for a temporary restraining order on October 19, 2010. The application for a temporary restraining order was denied on November 4, 2010.

    Defendant states that the property in question was sold at a trustee's sale on March 11, 2010. However, Plaintiff asserts that the sale was scheduled for the week of August 13, 2010. Even if the Court assumes that the sale took place in August, Plaintiff's motion appears to be

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-4917 JF (PVT)
ORDER DENYING PRELIMINARY INJUNCTION
(JFLC1)

1  moot.  Plaintiff has not replied to Defendant's opposition brief and has not otherwise disputed
2  that the foreclosure has occurred.

## **ORDER**

Under the circumstances, the Court finds that the instant motion is suitable for determination without oral argument pursuant to Civil L. R. 7-1(b).  Good cause therefor appearing, IT IS HEREBY ORDERED that the motion for preliminary injunction is DENIED as moot.

DATED: November 30, 2010

_____
JEREMY FOGEL
United States District Judge

1 | A copy of this order has been sent to:

3 | Agnes Blackwell
4 | 1464 Kelly Court
San Jose, CA 95116

Case No. 5:10-4917 JF (PVT)
ORDER DENYING PRELIMINARY INJUNCTION
(JFLC1)