\*\*E-Filed 1/7/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AGNES BLACKWELL,<br>                    Plaintiff,<br><br>         v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br>                    Defendant. | Case Number 5:10-cv-4917 JF (PSG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO E-FILE** |

Plaintiff Agnes Blackwell, proceeding *pro se*, has filed a motion for permission to e-file documents. The motion is granted.

**IT IS SO ORDERED.**

DATED: January  7, 2011

_____
JEREMY FOGEL
United States District Judge

1  A copy of this order has been sent to:

2
3  Agnes Blackwell
   P.O. Box 4418
4  Santa Clara, CA 95056

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 5:10-cv-4917 JF (PSG)
ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO E-FILE
(JFLC1)