DONALD J. QUERIO (State Bar No. 54367)
JON D. IVES (State Bar No. 230582)
jdi@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A. (sued as
Wells Fargo Home Mortgage, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES BLACKWELL,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>            Defendant. | Case No.:  5:10-CV-04917 JF (PSG)<br><br>**CERTIFICATE OF SERVICE** |

1  I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I

2 am employed in the City of San Francisco, California; my business address is Severson &

3 Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

4  On the date below I served a copy, with all exhibits, of the following document(s):

5 • **WELLS FARGO BANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT/ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT**

6

7 on all interested parties in said case addressed as follows:

8 Agnes Blackwell                                             Telephone: (408) 396-2425
P.O. Box 4418
9 Santa Clara, CA 95056                          *In Propria Persona*

10 ☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary

11 business practices.  I am readily familiar with the firm's practice of collecting and processing

12 correspondence for mailing.  On the same day that correspondence is placed for collection and

13 mailing, it is deposited in the ordinary course of business with the United States Postal Service in

14 San Francisco, California in sealed envelopes with postage fully prepaid.

15 ☐ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons

16 listed above and providing them to a professional messenger service for delivery.

17 ☐ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other

18 facility regularly maintained by Federal Express with delivery fees paid or provided for.

19 ☐ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for

20 Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA  94111, in a

21 sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

22 ☐ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true

23 copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address.

24 The transmission was reported as complete and without error.

25 ☐ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF

26 user constitutes consent to electronic service through the Court's transmission facilities.  The

27 Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of

28 record listed above who are registered with the Court's EC/ECF system.

-1-

-2-

1  ☐ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above documents(s) via
2  electronic transmission (e-mail) at _____ am./pm. using e-mail address
3  (___@severson.com) to the e-mail address designed for each party identified above.  I did not
4  receive, within a reasonable time after the transmission, any electronic message or other
5  indication that the transmission was unsuccessful.
6        I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of
8  this Court at whose direction the service was made.  This declaration is executed in San
9  Francisco, California, on January 19, 2011.

                                    _____*/S/ Sylvia Coleman*_____
                                    Sylvia Coleman