\*\*E-filed 1/19/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AGNES BLACKWELL, | Case Number CV-10-04917-JF |
| Plaintiff, | ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | [Re: Docket No. 12 ] |
| Defendant . | |

  Defendant Wells Fargo Bank, N.A. moves to dismiss all claims for relief in Plaintiff's complaint. Plaintiff alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*., and related state law claims. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of January 28, 2011. *See* Civ. L.R. 7-1(b).

  Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one days before the noticed hearing date of January 28, 2011–here, not later than January 7, 2011. *See* Civ. L.R. 7-3(a). As of the date of this order, Plaintiff has not filed opposition papers.

  Because the instant motion appears well-taken and is unopposed, the motion to dismiss

---

[1] This disposition is not designated for publication in the official reports.

will be granted with leave to amend. Any amended pleading shall be filed within twenty (20) days after the date of this order.

**ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) any amended pleading shall be filed within twenty (20) days after the date of this order;

(3) the hearing date of January 28, 2011 is VACATED.

DATED:   January 19, 2011

_____
JEREMY FOGEL
United States District Judge