**E-filed 1/26/20011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES BLACKWELL,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>          Defendant . | Case Number CV-10-04917-JF<br><br>ORDER[1] VACATING ORDER DATED JANUARY 19, 2011 GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>[Re: Docket No. 30 ] |

The Court's previous order dated January 19, 2011, granting Defendant's motion to dismiss with leave to amend is hereby vacated. That order erroneously indicated that the motion was unopposed. A new order addressing the motion in light of Plaintiff's opposition is filed concurrently herewith.

DATED:   January 25, 2011

                                                                    _____
                                                                    JEREMY FOGEL
                                                                    United States District Judge

---

[1]   This disposition is not designated for publication in the official reports.

Case No. CV-10-04917
ORDER VACATING ORDER DATED JANUARY 19, 2011 GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX2)

1
2   A copy of this order has been sent to:
3
4   Agnes Blackwell
    P.O. Box 4418
    Santa Clara, CA 95056
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. CV-10-04917
ORDER VACATING ORDER DATED JANUARY 19, 2011 GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX2)